UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 15 2022 ★
BROOKLYN OFFICE

Nigel Fredricks           Civil case # 21-CV-1307
    Plaintiff

V                                    INDIVIDUALLY AND IN
N.Y.P.D Anowar Hassain                THEIR OFFICIAL CAPACITIES
Detective Michael Ardolino
Detective Darrielle Russ             Jury trial demand
Detective Mark Scarlatelli              yes

## PLAINTIFF'S THIRD AMENDED COMPLAINT

Plaintiff Nigel Fredricks litigation pro se for his THIRD amended complaint against defendant(s) Detective Michael Ardolino, Detective Darriell Russ and Detective Mark Scarlatelli and N.Y.P.D officer Anowar Hassain

## JURISDICTION AND VENUE

1. This court has Jurisdiction over this action under 28 U.S.C Sections 1331 and 1343 (3) and (4) the matters in controversy arise and 42. U.S.C. Section 1983

2. Venue properly lies in this district pursuant to 28 U.S.C. Section 1391(b)(2) because the events giving rise to this cause of action occurred at the jurisdiction of 75 precinct of Brooklyn East New York (75 precinct) in city state which is located within the Eastern District of New York city

## PARTIES

3. Plaintiff Nigel Fredricks is at all time relevant hereto a inmate in the custody of up-state N.Y. Elmira correctional facility

4. Defendant #1 Anowar Hassain N.Y.P.D officer who at all times relevant hereto assigned to the 75 precinct

5. Defendant #2 Michael Ardolino detective who at all times relevant hereto was rank as a detective officer assigned to the 75 precinct or currently still is

6. Defendant #3 Derick Russ detective who at all times relevant hereto was rank as a detective to the 75 precinct or still is

7. Defendant #4 Mark Scorletelli detective who at all times relevant hereto was rank as a detective officer assigned to the 75 precinct or currently still is

### PREVIOUS LAWSUITS BY PLAINTIFFS

8. Plaintiff Nigel Fredricks has filed no other lawsuit dealing with the same facts involved in this action or otherwise relating to his wrongfully incarcerated imprisonment

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

9. No further EXHAUSTION Required

### FACTS

10. On August 1, 2019 plaintiff Nigel Fredricks was wrongfully accused of committing a crime of a robbery in the first and second degree 160.15 and 160.10 on two separate different occasions but both cases was later been dismissed by two different occasion a current was p. det a few before 8-1-19 was still reporting to parole

11. Prior to being falsely arrested on 8-1-19 at 963 Sutter AV bodega at approx some time in the forenoon or other words afternoon. The plaintiff was accused of forcefully approaching the unknown said victim and demanding an unknown amount of money with a deadly weapon such as a pocket knife.

12. And once the victim refuse I'm guessing thats when i pushed him to the floor And took it?

13. plaintiff Nigel Fredricks was surprisingly arrested right then and their the day of the alledge incident on 8-1-19 by three white detective whom enter the bodega of 963 and escorted me to the 75 precinct

14. it was two blocks walking distance to be exact and these detectives name are michael Ardolino, Derek Reiss and Mark Scarlatelli, and one of these three detectives informer to franks a correction officer the name Debra for my false arrests. that case pending in the Southern District case # 21-CV-6251

15 prior to that occasion of being detained inside the 75 precent the day of the alledge incident that occur on August 1, 2019 i was then brought to a holding pen by my arresting officers awarding for processing and transfered to Central Bookings

16. When i finceally arrived to the holding pen on 8-1-19 their was another detainee inside the pen i had to share and the moral of this topic is one thing led to another and we started fighting and injurys sustain on his behalf and he was sent outside medical trip by the ambulance

17. on or about August 3, 2019 plaintiff Nigel Freelnedes started to fell like harming himself was then sent on a medical trip being escorted by ambalance to be hospitalize inside Brookdale hospital admytted to meet my standard of treatment by a professional psychiatric doctors.

18. On or about August 5, 2019 upon my arrival back to the 75 precent of being discharged out the hospital of Brookdale I was escorted back to the 75 precent by two N.Y.P.D officers inside a protrol car to being process

19. Plaintiff Nigel Fredricks was the finger printed and sent to central Bookings. Finally thats when i meet with my defense attorney mrs. martha linebarger and she explain to me the charges sought against me the two robbers and parole violation.

20. Prior to that occasion. i was brought in front of the criminal court Judge inside central bookings and to be honest it was a female kind of Strict meant what she said and said what she meant

21. On or about 8-5-19 thats when the D.A. brought up all the charges against me and my past history, and basically the Judge sought the hole story and i was remand with a bail bond on my way to Rikers Island with a new court date.

22. prior to that situation before exiting the court i believe i had an past word with my defense attorney Mrs Martha Lineburg and what was said by me since everyone explain to me for the record what the unknown victim was complaining about i automatically requested for grand jury and was given my right to testify on my behalf of what actually happen on 8-1-19

23. on or about plaintiff Nigel Fredricks was bought back to Brooklyn criminal or Supreme Court to meet my attorney to futher discuss the outcome of my case

24. prior to discussing the outcome of grand jury i was all up for it with no doubt in mind because i was innocent and soon after grand jury all charges was deem dismissed but wasn't quite ready to be release because of my parole violation

25. before testify So Amazing on my behalf i request for all evidents to be presented such as the video footage witness and the deadly wepon supposedly confiscated that was never presented with the 911 call.

26. plaintiff Nigel Prednas agreed to parole writ court and meet with his attorney on or about sometime in september of 2019 Mr. Matthew rinston and the moral of this story going back in forth fighting parole violation of 14 charges but only one stood out charge 7 rule #9

27. Prior to that occasion that charge was for the fight inside the 75 precent with no criminal charges pending, was then offered my contest hearing, and that's when Mr. Hossain came into the picture pretending to be my arresting officer. i was later place on the board for a 730 evaluation mental health status

28. On may 20. 2020 i was then release and restore on parole instead of being reinstate right and eventually caught a new charge but wasn't the aggression against that officer

29. I've been incarcerted since 8-1-99 and after all these years you know what i freely notice none of this was my fault Ect......

Claim #1

## Substantive Due Process

30. Plaintiff Nigel Fredricks has been deprived by the government of the United States of America of his life liberty interest or freedom which is truly outrageous maliciously and sadistically for the very purpose of directing harmful action by all four defendants.

31. I've been incarcerated for almost three years now and on these grounds i been humiliated rejected mistreated of all my fundamental individual rights to the worst degree a human being can ever possible imagine of going threw

32. All four defendants foul play or acts left me in my track to suffer on so many different occasions within the care custody or control of the government Department of correction til this deep pain, suffering mental anguish ect.

33. Plaintiff Nigel Fredricks has been abuse by the hands of the government and knowing that i was a innocent young black man when my case seen dismissed was put in some many other predicuments! these



34 All four Defendants has Shock the Consince to the public of cruel and unusal punishment personal act Speifically knowing threw to the unreported reports file of no known Victim in my case to father preceeding left plaintiff to Suffer by hands of the government harsh; dreadful way of life of thinking

35. The Element for this claim was not justifiable of probable cause as Stated facts in the complaint of no 911 call made to rely upon in good faith resonably to hold Solid grounds of an arrest charge Justification to any circumstances of having knowledg trustworthy enough evidents to be convicted on.

36. Plaintiff Nigel Fredricks seeks relief of monetary compensation against all four Police officers in the amount of $50,000.00 to be place back in one hole for all i lost during my Three years incarcerated with a post Diagnosis of P.T.S.D experience more stress flashback and fighting for my life.

Respectfully Submitted

4-18-22 Nigel Fredricks [signature]

Nigel Fredricks

**NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM**

NAME: _Nigel Nichols_   DIN: _22B1605_

Printed On Recycled Paper