Notice of Appeal

Nigel Fredricks
            Plaintiff

v.

Anowar Hussain, Et al
            Defendants

Case # 21-cv-1307

Reason: According to L.R. 74(a) 150 days has pass since the last order on this case, base upon a report and recommendation and no other order been docket

Respectfully

Nigel Fredricks

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Nigel Fredricks   DIN: 22B1005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2026 ★
BROOKLYN OFFICE

clerk
eastern district court
225 cadman plaza
Brooklyn NY. 11201

[postage: 02/02/2026, ZIP 10562]

1120131832 C030

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Nigel Fredricks    DIN: 22B1205

Printed On Recycled Paper